UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BOND,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES PAROLE COMMISSION,<br><br>    Respondent. | Case No. CV 17-8778 PSG(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER DISMISSING PETITION AND ACTION AS MOOT |

On December 6, 2017, Mark Bond ("petitioner"), who is in federal custody, filed a petition for writ of habeas pursuant to 28 U.S.C. § 2241 ("Petition") seeking the removal of a United States Parole Commission ("Parole Commission") warrant/detainer based upon an assertedly non-existent unserved special parole term. On March 2, 2018, the Government filed a Response to the Petition which disputes petitioner's contentions relative to the propriety of the special parole warrant/detainer but requests that the Petition be dismissed as moot because, on February 27, 2018, the Parole Commission withdrew the detainer/warrant in issue and closed petitioner's case. On March 9, 2018, petitioner filed Petitioner's Response to the Government which reflects that the Parole Commission's February 27, 2018 order withdrawing the detainer/warrant and closing the case "is

the relief that petitioner has sought" and that he "agrees with the [] Parole Commission and the [G]overnment."

In light of the foregoing, IT IS HEREBY ORDERED that (1) the Petition and this action are dismissed as moot; and (2) judgment be entered accordingly.

IT IS SO ORDERED.

DATED: 3/15/18

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE