UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BOND,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES PAROLE COMMISSION,<br><br>    Respondent. | Case No. CV 17-8778 PSG(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition and Action as Moot, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed as moot.

DATED: 3/6/18

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE